**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   07 C 6198

Ricky Hawkins v. City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, City of Chicago, Jose Perez, Michael Webb, Jeanette Cegielski, Edgar Del Olmo, Kimberly Feret, Rolando Godinez, Kevin Flanigan, John Helsel, David Kinney, Kamari Ross, Ramon Salcedo, Isaac Thomas, Jennifer Swain, Johnete Shumpert, and Donald Koplitz

| | |
|---|---|
| NAME (Type or print)<br>Liza M. Franklin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Liza M. Franklin | |
| FIRM<br>    City of Chicago Law Department | |
| STREET ADDRESS    30 North LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP    Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06216088 | TELEPHONE NUMBER<br>312-742-0170 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |