IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY HAWKINGS, | ) | |
| Plaintiff, | ) | NO. 07 C 6198 |
| | ) | |
| v. | ) | JUDGE NORGLE |
| | ) | |
| CITY OF CHICAGO, and CHICAGO POLICE OFFICERS J. PEREZ, Star #12411, M. WEBB, Star #10004, R. SALCEDO, Star #12065, K. ROSS, Star #15146, K. FLANIGAN, Star #1547, D. KOPLITZ, Star #1585, I. THOMAS, Star #15861, D. KINNEY, Star #1861, J. SHUMPERT, Star #3378, J. CEGIELSKI, Star #4171, J. SWAIN, Star #5043, E. DEL OLMO, Star #9653, R. GODINEZ, Star #9678, J. HELSEL, Star #9652, K. FERET, Star #16295, | ) | MAGISTRATE JUDGE ASHMAN |
| Defendants. | ) | |

**DEFENDANTS CITY OF CHICAGO,
PEREZ, WEBB, SALCEDO, FLANIGAN,
KOPLITZ, THOMAS, KINNEY, SHUMPERT,
CEGIELSKI, SWAIN, OLMO, GODINEZ, HELSEL
AND FERET'S MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, City of Chicago, Jose Perez, Michael Webb, Jeanette Cegielski, Edgar Del Olmo, Kimberly Feret, Rolando Godinez, Kevin Flanigan, John Helsel, David Kinney, Kamari Ross, Ramon Salcedo, Isaac Thomas, Jennifer Swain, Johnete Shumpert, and Donald Koplitz, by one of their attorneys, Liza M. Franklin, Chief Assistant Corporation Counsel, respectfully request that this Honorable Court extend the time in which they may answer or otherwise plead to Plaintiff's complaint to February 29, 2008.

In support of this motion, the undersigned states:

1.  Defendants were apparently served at various times in December, 2007.

2.      Due to various holiday and the undersigned trial schedules, the undersigned will be unable to meet with the officers and respond to the complaint until February, 2008. For example, the undersigned will be out of town until January 7th, then is the first chair in <u>Duran v. City</u>, 06 C 6469. That trial is scheduled for January 22nd.

3.      While documents have been ordered, the undersigned has not yet been able to interview police personnel necessary to answer the complaint.

4.      Plaintiff will not be prejudiced by the grant of this motion.

**WHEREFORE**, Defendants, City of Chicago, Jose Perez, Michael Webb, Jeanette Cegielski, Edgar Del Olmo, Kimberly Feret, Rolando Godinez, Kevin Flanigan, John Helsel, David Kinney, Kamari Ross, Ramon Salcedo, Isaac Thomas, Jennifer Swain, Johnete Shumpert, and Donald Koplitz, respectfully request that this Honorable Court extend the time in which they may answer or otherwise plead to Plaintiff's complaint to February 29, 2008.

Respectfully submitted,

/s/ Liza M. Franklin
LIZA M. FRANKLIN
Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-0170
Atty. No.  06216088

DATED: December 24, 2007