IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY HAWKINGS, ) | | |
| Plaintiff, ) | NO. 07 C 6198 |
| ) | |
| v. ) | JUDGE NORGLE |
| ) | |
| CITY OF CHICAGO, and CHICAGO POLICE ) | MAGISTRATE JUDGE |
| OFFICERS J. PEREZ, Star #12411, M. WEBB, ) | ASHMAN |
| Star #10004, R. SALCEDO, Star #12065, K. ) | |
| ROSS, Star #15146, K. FLANIGAN, Star #1547, ) | |
| D. KOPLITZ, Star #1585, I. THOMAS, Star ) | |
| #15861, D. KINNEY, Star #1861, J. SHUMPERT, ) | |
| Star #3378, J. CEGIELSKI, Star #4171, J. ) | |
| SWAIN, Star #5043, E. DEL OLMO, Star #9653, ) | |
| R. GODINEZ, Star #9678, J. HELSEL, Star #9652, ) | |
| K. FERET, Star #16295, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**To:** Christopher Smith
119 North Peoria
Suite 3A
Chicago, Illinois 60607

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS CITY OF CHICAGO, PEREZ, WEBB, SALCEDO, FLANIGAN, KOPLITZ, THOMAS, KINNEY, SHUMPERT, CEGIELSKI, SWAIN, OLMO, GODINEZ, HELSEL AND FERET'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge NORGLE or before such other Judge sitting in his place or stead, on the 11th day of JANUARY, 2008 at 9:30 a.m., or as soon thereafter as Counsel may be heard and then and there present the attached Motion.

                      Respectfully submitted,

                      /s/ Liza M. Franklin
                      LIZA M. FRANKLIN
                      Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-0170
Atty. No.  06216088

Case 1:07-cv-06198   Document 9   Filed 12/24/2007   Page 2 of 3

**CERTIFICATE OF SERVICE**

I, Liza M. Franklin, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS CITY OF CHICAGO, PEREZ, WEBB, SALCEDO, FLANIGAN, KOPLITZ, THOMAS, KINNEY, SHUMPERT, CEGIELSKI, SWAIN, OLMO, GODINEZ, HELSEL AND FERET'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on December 24, 2007, in accordance with the rules on electronic filing of documents.

/s/ Liza M. Franklin
LIZA M. FRANKLIN