# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ricky Hawkins
                    Plaintiff,

v.                                     Case No.: 1:07−cv−06198
                                            Honorable Charles R. Norgle Sr.

The City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Defendants City of Chicago, Perez, Webb, Salcedo, Flanigan, Koplitz,Thomas, Kinney, Shumpert, Cegielski, Swain, Olmo, Godinez, Helsel and Feret's Motion for an Extension of Time to Answer or Other Plead [8] is granted. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.