IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY HAWKINGS, ) | | |
| Plaintiff, ) | NO. 07 C 6198 | |
| ) | | |
| v. ) | JUDGE NORGLE | |
| ) | | |
| CITY OF CHICAGO, and CHICAGO POLICE ) | MAGISTRATE JUDGE | |
| OFFICERS J. PEREZ, Star #12411, M. WEBB, ) | ASHMAN | |
| Star #10004, R. SALCEDO, Star #12065, K. ) | | |
| ROSS, Star #15146, K. FLANIGAN, Star #1547, ) | | |
| D. KOPLITZ, Star #1585, I. THOMAS, Star ) | | |
| #15861, D. KINNEY, Star #1861, J. SHUMPERT, ) | | |
| Star #3378, J. CEGIELSKI, Star #4171, J. ) | | |
| SWAIN, Star #5043, E. DEL OLMO, Star #9653, ) | | |
| R. GODINEZ, Star #9678, J. HELSEL, Star #9652, ) | | |
| K. FERET, Star #16295, ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF FILING**

**To:** **Christopher Smith**
**119 North Peoria**
**Suite 3A**
**Chicago, Illinois 60607**

 **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND**, a copy of which is attached hereto and herewith served upon you.

                              Respectfully submitted,


                              /s/ Liza M. Franklin
                              LIZA M. FRANKLIN
                              Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Atty. No. 06216088

## CERTIFICATE OF SERVICE

I, Liza M. Franklin, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on February 26, 2008, in accordance with the rules on electronic filing of documents.

/s/ Liza M. Franklin
LIZA M. FRANKLIN