IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
4-22-2008
APR 2 2 2008
JUDGE CHARLES R. NORGLE
U.S. District Court Judge

| | | |
|---|---|---|
| RICKY HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 6198 |
| | ) | |
| THE CITY OF CHICAGO, and CHICAGO | ) | JUDGE NORGLE |
| POLICE OFFICERS J. PEREZ, Star #12411, M. | ) | |
| WEBB, Star #10004, R. SALCEDO, Star # 12065, | ) | MAGISTRATE JUDGE ASHMAN |
| K. ROSS, Star #15146, K. FLANIGAN, Star | ) | |
| #1547, D. KOPLITZ, Star # 1585, I. THOMAS, | ) | |
| Star #15861, D. KNNEY, Star #1861, J. | ) | |
| SHUMPERT, Star #3378, J. CEGIELSKI, Star | ) | |
| #4171, J. SWAIN, Star #5043, E. DEL OLMO, | ) | |
| Star #9653, R. GODINEZ, Star #9678, J. HELSEL, | ) | |
| Star #9652, K. FERET, Star #16295, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their

respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement

Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with

each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jared S. Kosoglad
Attorney for plaintiff,
Ricky Hawkins
Law Office of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago, Illinois 60607
(312) 432-0400
Attorney No. 6286633
Date: 3/28/08

_____
Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants,
Jose Perez, Michael Webb, Jeanette Cegielski, Edgar Del Olmo, Kimberly Feret, Rolando Godinez, Kevin Flanigan, John Helsel, David Kinney, Kamari Ross, Ramon Salcedo, Isaac Thomas, Jennifer Swain, Johnete Shumpert and Donald Koplitz
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No.6216088

Date: _____
07 CV 6198

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
Date: _____