HHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6198 | **DATE** | 4/22/2008 |
| **CASE TITLE** | RICKY HAWKINS vs. THE CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|