MHP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 CV 6198 |
| | ) |
| THE CITY OF CHICAGO, and CHICAGO | ) JUDGE NORGLE |
| POLICE OFFICERS J. PEREZ, Star #12411, | ) |
| M. WEBB, Star #10004, R. SALCEDO, Star # | ) MAGISTRATE JUDGE ASHMAN |
| 12065, K. ROSS, Star #15146, K. | ) |
| FLANIGAN, Star #1547, D. KOPLITZ, Star # | ) |
| 1585, I. THOMAS, Star #15861, D. KNNEY, | ) |
| Star #1861, J. SHUMPERT, Star #3378, J. | ) |
| CEGIELSKI, Star #4171, J. SWAIN, Star | ) |
| #5043, E. DEL OLMO, Star #9653, R. | ) |
| GODINEZ, Star #9678, J. HELSEL, Star | ) |
| #9652, K. FERET, Star #16295, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Ricky Hawkins, by one of his attorneys, Jared S. Kosoglad, and defendants, Jose Perez, Michael Webb, Jeanette Cegielski, Edgar Del Olmo, Kimberly Feret, Rolando Godinez, Kevin Flanigan, John Helsel, David Kinney, Kamari Ross, Ramon Salcedo, Isaac Thomas, Jennifer Swain, Johnete Shumpert and Donald Koplitz, by their attorney, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Ricky Hawkins, against defendants, City of Chicago, Jose Perez, Michael Webb, Jeanette Cegielski, Edgar Del Olmo, Kimberly Feret, Rolando Godinez, Kevin Flanigan, John Helsel, David Kinney, Kamari Ross, Ramon Salcedo, Isaac Thomas, Jennifer Swain, Johnete Shumpert and Donald Koplitz, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Liza M. Franklin
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088

ENTER: _____
The Honorable Charles R. Norgle
United States District Judge

DATED: 4-22-08